# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| SEAN CHRISTOPHER CLEMMONS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-9 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, et al., | * | |
| | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 11. No party to this action filed Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's: negligent hiring and retention and fraud claims under the Federal Tort Claims Act ("FTCA") against the United States; due process and equal protection claims against Defendants Garrett, Chalfante, Nash, and Cameron; and claims against Melissa Forsyth. Plaintiff's conspiracy, assault and battery, and intentional infliction of emotional distress claims under the FTCA against the United States, his Eighth Amendment

AO 72A
(Rev. 8/82)

claims against Defendants Baker, Kightlinger, Doe, and Fanton, and his First Amendment claims against Defendants Baker, Fanton, Garrett, Chalfante, Nash, Edge, and Cameron remain pending. Id.; Dkt. No. 12.

**SO ORDERED**, this \_\_13\_\_ day of \_\_October\_\_, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)