# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| SEAN CHRISTOPHER CLEMMONS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-9 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, et al., | * | |
| | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 43.  Plaintiff did not file Objections to this Report and Recommendation.  Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendants' Partial Motion to Dismiss, **DISMISSES** Plaintiff's First Amendment retaliation and Eighth Amendment excessive force claims, and **DISMISSES** Baker, Cameron, Chalfante, Edge, Fanton, Garret, Kightlinger, and Nash as named Defendants.  Plaintiff's claims against Defendants United States

AO 72A
(Rev. 8/82)

of America and John Doe remain pending.[1]  Id.

**SO ORDERED**, this ___18___ day of ___July___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1]   As a reminder, the imposed stay is hereby **LIFTED**.  Dkt. No. 31.

2

AO 72A
(Rev. 8/82)