# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| SEAN CHRISTOPHER CLEMMONS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-9 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA; and JOHN DOE, | * | |
| | * | |
| | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 46. Plaintiff did not file Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's claims against John Doe, **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal on Defendant Doe, and **DENIES** Plaintiff *in forma pauperis* status on appeal.  Plaintiff's

AO 72A
(Rev. 8/82)

claims against Defendant United States of America remain pending. Id.

    **SO ORDERED**, this \_\_\_\_9\_\_\_\_ day of \_\_\_August_____, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)